UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LINWOOD DAVIS )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>NANCY A. BERRYHILL, )<br>Commissioner of Social Security, )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 5:17-CV-229-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the consent motion for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 9, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,601.10.

**This Judgment Filed and Entered on January 9, 2019, and Copies To:**

Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Stephen F. Dmetruk, Jr. (via CM/ECF Notice of Electronic Filing)

January 9, 2019                      PETER A. MOORE, JR., CLERK
                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk